**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 74.96.169.187**

**ISP:** Verizon Online, LLC
**Physical Location:** Ashburn, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 06/06/2019 14:08:51 | 5DD07FBDEF7A8B6CBEF4AC541822A9B930E8B7A0 | Fifty Shades of Kate |
| 05/07/2019 23:01:29 | A481AC07004C40E5F5695927CDD7989231383164 | Cindy Sauna Sex |
| 05/01/2019 01:32:28 | 7108831B3DD9D1083442D1029D548004F19B1FE6 | Stairway To Heaven Two |
| 03/06/2019 09:10:27 | 63944A2B8FFCADB0BBE4E19B690CA43D1D590F49 | Hot Night Tiny Blonde |

**Total Statutory Claims Against Defendant: 4**

EXHIBIT A

EVA467